UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE           Case No. 21 MC 102 (AKH)
LITIGATION
-----------------------------------------------------------------x
JOHN ABATL,                                    :   Case No. 07 CV 5333

                          Plaintiffs,     :   **NOTICE OF APPEARANCE**

   - against -                                :

AMERICAN STOCK EXCHANGE CLEARING               :
LLC, et al.,
                                    :

                          Defendants.
-----------------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant AMEX SEAT OWNERS ASSOCIATION, INC.

    I certify that I am admitted to practice in this court.


Date: August 6, 2007

                                     **SILLER WILK LLP**
                                     Attorneys for Defendant AMEX Seat
                                     Owners Association, Inc.

                                   By: _____
                                     Pamela L. Kleinberg, Esq. (PK 4508)
                                     675 Third Avenue, 9th Floor
                                     New York, NY  10017
                                     (212) 421-2233